**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case. No. 17-CR-129 (RDM) |
| **MARIO A. TAYLOR,** | ) ) ) | |
| **Defendant.** | ) ) | |

**DEFENDANT'S OPPPOSITION TO GOVERNMENT'S**
**MOTION TO CONTINUE TRIAL**

The defendant Mario Taylor, through undersigned counsel, respectfully requests that this Honorable Court deny the government's Motion to Continue Trial, ECF No. 41.

Today, on December 7, 2017, the government filed a motion to continue Mr. Taylor's trial, which is set to begin on December 11, 2017.  As Mr. Taylor is incarcerated, the defense opposes the government's request for a continuance and wishes to have an opportunity to respond at the Pretrial Conference on December 8, 2017.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Loui Itoh
Mary Manning Petras
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500