UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 17-CR-129 (RDM)** |
| | : | |
| v. | : | |
| | : | |
| **MARIO A. TAYLOR,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND GOVERNMENT'S REQUEST TO CONTINUE THE TRIAL DATE

The United States of America, by and through its attorney, Jessie K. Liu, the United States Attorney for the District of Columbia, hereby files this opposition to the defendant's motion to dismiss for failure to preserve evidence and government's request to continue the trial date. In support of this opposition and request to continue the trial date, the United States relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

### BACKGROUND

1)	On March 12, 2018, the defendant filed a 12-page motion to dismiss the instant matter because of a purported failure to preserve evidence. The government will vigorously oppose this motion and requests sufficient time to respond accordingly.

2)	Because of the significant implication of the defendant's motion, the government is respectfully requesting time to respond (11 days) to said motion consistent with the local rule of this Court. *See*, LCrR 47 (b).

3)	Furthermore, the government has learned today that a critical trial witness, MPD Officer Casey Logan, will be out of the country from April 1 – April 7, 2018.

4) Consequently, the government is requesting that the current trial date be moved to a date on or after May 16, 2018.

5) Wherefore, the government prays that this Court will grant the government's instant request for sufficient time, consistent with the local rules, to respond to defendant's motion, and to continue the trial date because of the unavailability of an essential witness.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

By:  _____/s/_____
EMORY V. COLE
PA #49136
KAMILAH O. HOUSE
Assistant U.S. Attorneys
PA Bar No. 49136
(202) 252-7692
Violent Crimes & Narcotics Trafficking
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530