# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   17-129 (RDM)** |
| | : | |
| v. | : | |
| | : | |
| **MARIO TAYLOR** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE OF DISCOVERY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant the MPD Personnel Performance Management System ("PPMS") results regarding MPD Officers Wayne David, Casey Logan and Dustyn Hugee, as outlined in the attached government's discovery letter dated June 4, 2018.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar No. 472845

_____/S/_____
EMORY V. COLE
ASSISTANT UNITED STATES ATTORNEY
PA. Bar No. 49136
U.S. Attorney's Office
555 4th Street, N.W., Room 4213
Washington, DC 20530
Emory.Cole@usdoj.gov