AO 245A  (Rev 12/03) Judgment of Acquittal


FILED
JUN 1 3 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT

FOR THE **DISTRICT OF** COLUMBIA

UNITED STATES OF AMERICA

V.

MARIO A. TAYLOR

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 17cr129 (RDM)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Randolph D. Moss                    U.S. District Judge
Name of Judge                       Title of Judge

6/13/18
Date